UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN FORD,

    Plaintiff,                                         Civil Action No. 17-CV-13300

vs.                                                  HON. BERNARD A. FRIEDMAN

LASCO FORD, INC.,

    Defendant.
_____/

## **JUDGMENT**

        The Court has issued an opinion and order in this matter granting defendant's motion for summary judgment. Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.

                                                                 DAVID J. WEAVER
                                                                  CLERK OF COURT

                                                                  By: <u>Johnetta M. Curry-Williams</u>
                                                                       Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
               BERNARD A. FRIEDMAN
               SENIOR U.S. DISTRICT JUDGE

Dated: July 24, 2018
Detroit, Michigan